UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANCHOR GLASS CONTAINER CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>PABST BREWING COMPANY, LLC<br><br>     Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**<br><br>Civil Action No. 1:17-cv-02311 (PGG) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Anchor Glass Container Corporation and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: April 14, 2017    By: _____
                Charles Cummings
                Baker McKenzie LLP
                452 Fifth Avenue
                New York, New York 10018
                Telephone: (212) 891-3534
                Facsimile:  (212) 310-1634
                *Attorney for Plaintiff Anchor Glass Container Corporation*