UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/17

ANCHOR GLASS CONTAINER
CORPORATION,

        Plaintiff,

v.

PABST BREWING COMPANY, LLC

        Defendant.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Civil Action No. 1:17-cv-02311 (PGG)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Anchor Glass Container Corporation and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: April 14, 2017

By: _____
Charles Cummings
Baker McKenzie LLP
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 891-3534
Facsimile: (212) 310-1634
*Attorney for Plaintiff Anchor Glass Container Corporation*

The Clerk of Court is directed to close this case

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

April 18, 2017